[PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

———————

No. 10-14662

———————

D.C. Docket No. 1:10-cr-20236-AJ-2

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Oct. 4, 2011
JOHN LEY
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARMELINA VERA ROJAS,

Defendant-Appellant.

-------------------------
Appeal from the United States District Court for the
Southern District of Florida
--------------------------

(Opinion July 6, 2011, 645 F.3d 1234, 11th Cir. 2011)

(October 4, 2011)

BEFORE:   DUBINA, Chief Judge, TJOFLAT, EDMONDSON, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN, Circuit Judges*.

———————

*Senior United States Circuit Judge R. Lanier Anderson has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this Court en banc. The previous panel's opinion is hereby VACATED.